# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 15, 2006*

[Cite as *06/15/2006 Case Announcements*, 2006-Ohio-2997.]

## MOTION AND PROCEDURAL RULINGS

**2005–0150.   Lewis v. J. E. Wiggins & Co.**
Franklin App. No. 04AP–469, 04AP–544, and 04AP–668, 2004-Ohio-6724. This cause came on for further consideration of appellant's motion for leave to file a motion to vacate judgment for attorney fees and the motion to vacate judgment for attorney fees. Upon consideration thereof,
   IT IS ORDERED by the court that that the motions are denied.

## MISCELLANEOUS DISMISSALS

**2006–0109.   State ex rel. Glasgow v. Columbus Pub. Schools.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–0311.   State ex rel. Bailey v. Indus. Comm.**
Franklin App. No. 05AP–316. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–0589.   State v. Trouten.**
Jefferson App. No. 04JE18, 2005-Ohio-6592. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due June 9, 2006 in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
   IT IS ORDERED by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

   The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–0910.   State ex rel. PFC Lamont Hill Memorial v. Petro.**
In Mandamus.